UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JPMORGAN CHASE BANK, N.A.,                     06 Civ. 15363 (CM)

          Plaintiff,

  -against-                                  **DEFAULT JUDGMENT**

BELLETTIERI FONTE & LAUDONIO, P.C. and
ANTHONY BELLETTIERI,

          Defendants.

---

This action having been commenced on December 21, 2006 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served (i) on defendants on December 21, 2006, by the mailing of two copies of the summons and complaint by Federal Express for overnight delivery to attorney Murray Richman, Esq. who agreed to accept service of the summons and complaint on behalf of Mr. Anthony Bellettieri in his personal capacity and in his capacity as an officer, director, managing or general agent of Bellettieri Fonte & Laudonio, P.C., and (ii) on defendant Bellettieri Fonte & Laudonio, P.C., by delivery of a copy of the summons and complaint on an agent of the Secretary of State of the State of New York on December 22, 2006; and proof of service having been filed with the Court on February 1, 2007; and neither defendant having answered the Complaint, and the time for defendants to answer the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against defendants in the liquidated amount of ~~$12,629,392.51~~, plus costs and disbursements of

$ 12,629,382.52

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

this action in the amount of $ 446.18, amounting in all to $12,629,828.70.

Dated: ~~New York~~ W.P., New York
       3/9, 2007

/SO ORDERED:

_Colleen McMahon_ (signature)

HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

3-9-2007